994

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES R. BLANC, Appellant.— Motion granted to prosecute appeal on judgment roll, five typewritten briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant.— Motion granted and time for argument of appeal enlarged to include January 1962 Term on condition that appellant's brief is filed and served on or before December 7, 1961; if the appeal is to be argued at the January 1962 Term, respondent's brief must be filed not later than December 22, 1961. In any event, respondent's brief is to be filed not later than January 15, 1962, and the case is to be ready for argument at the February 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY F. BURGHARDT, Appellant.— Motion granted and time for argument of appeal enlarged to include March 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW CHRISTIE, Appellant.— Motion granted to the extent that time for argument of appeal enlarged to include February 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR J. DEWEY, Appellant.— Motion granted to the extent that time for argument of the appeal is enlarged to include the March 1962 Term, on condition that appellant's brief is filed and served on or before February 1, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT D. FIORE (Also Known as "CRICKY" FIORE), DENNIS P. O'DOWD, ROBERT BOGAN, FRANK S. MACNER, LEONARD CUSTODERO and PASQUALE FRAGETTA, Appellants.— Motion granted and time for argument of appeal enlarged to include March 1962 Term, upon condition that appellants' briefs are filed and served on or before January 5, 1962. Respondent directed to file and serve brief on or before March 15, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MOESEL, Appellant.— Motion granted and time for argument of appeal enlarged to include February 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT J. MACONI, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion for reargument of orders denying leave to prosecute as a poor person, and for other relief, or, in alternative, dismissing motion without prejudice, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. URAN MINING CORPORATION et al., Defendants.— Motion of appellants John Snare, Doris Snare and Iroquois Development Corporation granted to extent that appeal may be prosecuted upon an original and five typewritten copies of record and five typewritten copies of appellants' brief.

■ (A) In the Matter of JOSEPH H. MAGETTE v. WALTER H. WILKINS, as Warden of Attica Prison, et al. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROMAN MITCHELL v. ROBERT E. MURPHY, as Warden of Auburn Prison. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIE JAMES REID v. ROBERT E. MURPHY, as Warden of Auburn Prison. (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER SULLIVAN v. ROBERT E. MURPHY, as Warden of Auburn Prison. (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST WIGGINS v. ROBERT E. MURPHY, as Warden of Auburn Prison. (F) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN YUKICH v. WALTER H. WILKINS, as Warden of Attica Prison.— [In each action] Motion for leave to prosecute appeal as a poor person, and for other relief, denied.

■ (A) PEASE OIL COMPANY, Appellant, v. ALEXANDER SCHMIDT et al., Respondents. (B) ALBERT GEORGE et al., Appellants, v. JOSEPH WURZ, JR., Doing Business as WURZ TAXI & AMBULANCE SERVICE, Respondent. (C) THE